UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :   INFORMATION

    -v.-                            :   08 Cr.

JUAN BAEZ,                      :

        Defendant.

- - - - - - - - - - - - - - - - - - - x

**08 CRIM 524**



## COUNT ONE

The United States Attorney charges:

From in or about October 2007, up to and including on or about November 28, 2007, in the Southern District of New York and elsewhere, JUAN BAEZ, the defendant, being over 18 years of age, unlawfully, willfully, and knowingly, and with intent to defraud, did make, utter, insert, and use any paper, and other thing similar in size and shape to any of the lawful coins and other currency of the United States and any coin and other currency not legal tender in the United States, to procure anything of value, to wit, BAEZ arranged for the sale of counterfeit United States currency to another individual in exchange for genuine United States currency.

(Title 18, United States Code, Sections 491 and 2.)

                                             *Michael J. Garcia*
                                          MICHAEL J. GARCIA
                                          United States Attorney